IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER J. SMITH, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 5:12-CV-26 (WLS) |
| BRIAN OWENS, Commissioner, | : |
| Defendant. | : |

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Charles H. Weigle, filed May 16, 2013. (Doc. 104.) It is recommended that Plaintiff's Motion for Summary Judgment (Doc. 63), Plaintiff's first Motion for Injunctive Relief (Doc. 70), Plaintiff's Motion to Renew All Prior Motions (Doc. 71), Plaintiff's Motion to Amend (Doc. 97), Plaintiff's second Motion for Injunctive Relief (Doc. 99), and Plaintiff's third Motion for Injunctive Relief (Doc. 100) be denied. (Doc. 104 at 1.)

The Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.* at 10). The period for objections expired on Monday, June 3, 2013; no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 104) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 63), Plaintiff's first Motion for Injunctive Relief (Doc. 70), Plaintiff's Motion to Renew All Prior Motions (Doc. 71), Plaintiff's Motion to Amend

1

2

(Doc. 97), Plaintiff's second Motion for Injunctive Relief (Doc. 99), and Plaintiff's third Motion for Injunctive Relief (Doc. 100) are **DENIED**.

**SO ORDERED**, this   17th   day of June, 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**