IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER J. SMITH, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 5:12-CV-26 (WLS) |
| BRIAN OWENS, Commissioner, | : |
| Defendant. | : |

### ORDER

Before the Court is a Recommendation from United States Magistrate Judge Charles H. Weigle in this case brought pursuant to the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc, *et seq.*, and 42 U.S.C. § 1983. (Doc. 124.) In the Recommendation, Judge Weigle recommends that the Court grant Defendant's Motion for Summary Judgment (Doc. 114). Upon full review and consideration of the record, the Court finds that Judge Weigle's Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion for Summary Judgment (Doc. 114) is **GRANTED.** It is hereby **ORDERED AND ADJUDGED** that Plaintiff shall take nothing by his Complaint (Doc. 1), and **JUDGMENT** shall be entered in favor of Defendants.

SO ORDERED, this  26th  day of February 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**

1