Filed at __12:10__ P M
__9/18__, __18__
BCL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

2019 SEP 16 AM 10: 29

LESTER SMITH,
  Plaintiff
V.
BRIAN OWENS
  Defendant.

Case No: 5:12-CV-00026-WLS-CHW

## PLAINTIFF'S WITHDRAWAL OF APPEAL

COMES NOW plaintiff in the above styled case in a Pro-se posture and files this filing. Plaintiff hereby withdraws his appeal in this case @ Doc. 247. Plaintiff mistakenly filed this appeal and has no reason to appeal the decision of this Court.

Plaintiff is still represented by his attorney Sarah Shalf and Mark Goldfeder, Max Thelen, and therefore cannot file a Pro-se filing.

Respectfully Submitted.

Lester Smith
#977285

SO ORDERED this __17th__ day of __September__, 2019

W. Louis Sands, Sr. Judge
United States District Court