IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LESTER J. SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 5:12-cv-26-WLS-CHW |
| | * |
| GREGORY DOZIER, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 13, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 14th day of March, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk